IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRANDON UECKERT                                              PLAINTIFF

V.                        CASE NO. 5:17-CV-05094

STATE FARM BANK, F.S.B.                                      DEFENDANT

## ORDER

Now pending before the Court is the parties' Joint Motion to Dismiss (Doc. 26). In it, they represent that they have fully settled this case and ask that it be dismissed with prejudice. The Court has considered the Motion and finds it to be proper. Accordingly, **IT IS ORDERED** that the Joint Motion to Dismiss (Doc. 26) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE** due to settlement.

IT IS SO ORDERED on this 17TH day of October, 2017.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE